J-S47005-18

NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37

| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
|---|---|---|
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| COREY N. LYKENS | : | |
| | : | |
| Appellant | : | No. 1169 WDA 2017 |

Appeal from the Judgment of Sentence July 10, 2017
In the Court of Common Pleas of Blair County Criminal Division at No(s):
CP-07-CR-0000720-2017

BEFORE:   OLSON, J., McLAUGHLIN, J., and STRASSBURGER*, J.

CONCURRING MEMORANDUM BY McLAUGHLIN, J.: FILED: November 14, 2018

I agree with my learned colleagues that Corey N. Lykens' appeal is wholly frivolous, and that we must affirm the judgment of sentence and grant counsel's petition to withdraw. I write separately to note that Lykens entered a negotiated guilty plea in which he agreed to plead guilty in exchange for a sentence of three to ten years' incarceration. N.T., 7/10/17, at 1-2, 4. He therefore cannot challenge the discretionary aspects of his sentence. Commonwealth v. Heaster, 171 A.3d 268, 271 (Pa.Super. 2017); Commonwealth v. Reichle, 589 A.2d 1140, 1141 (Pa.Super. 1991).

Judge Olson joins the concurring memorandum.

Judge Strassburger joins the concurring memorandum.

_____
* Retired Senior Judge assigned to the Superior Court.